IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILLIAM R JACKSON,                          *

          Plaintiff,                  *

v.                                          Case No.  5:26-cv-00002-TES-AGH
                                *

GEORGIA DEPARTMENT OF
CORRECTIONS et al.,                         *

          Defendants.                 *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated April 21, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 22nd day of April, 2026.

                                  David W. Bunt, Clerk

                                  s/ Erin Pettigrew, Deputy Clerk